JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>                    Plaintiff,<br><br>         v.<br><br>JIANYING ENTERPRISE LLC, *et al.*,<br><br>                    Defendants. | Case No. 2:25-cv-05616-FLA (AJRx)<br><br>**ORDER DISMISSING ACTION [DKT. 13]** |

1

On October 27, 2025, Plaintiff Michael Rhambo filed a Notice of Settlement of Entire Case ("Notice of Settlement"), stating the case had settled in its entirety. Dkt. 13. Having considered the Notice of Settlement and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are vacated. The court's June 23, 2025 Order to Show Cause ("OSC"), Dkt. 11, is DISCHARGED.

2. The court DISMISSES the action without prejudice. The court retains jurisdiction to vacate this Order and to reopen the action within 30 days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 30-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.

3. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court. Such stipulation shall be filed within the aforementioned 30-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: October 27, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge